## RETURN FOR GPS/CELL SITE WARRANT

This return is being submitted pursuant to Federal Rule of Criminal Procedure 41(f)(2) in relation to the court-authorized warrant in case no. 2:20-MJ-03680 (the "Warrant"). The Warrant was signed on August 6, 2020, by the Hon. Alicia G. Rosenberg, United States Magistrate Judge.

The Warrant authorized the disclosure of GPS and/or cell-site information relating to the **Subject Telephone**, as described in the Warrant. Drug Enforcement Administration (DEA) Los Angeles Field Division Special Agent (SA) Robert D. McCain began receiving GPS/cell-site information from **Subject Telephone** on or about August 11, 2020, at approximately 4:30 p.m., until September 18, 2020, at approximately 11:49 a.m. The cell-site and/or GPS information from the service provider for the **Subject Telephone** was provided through emails as latitude and longitude coordinates.

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, that this is a true notation of the date and time of installation and the period of use for the **Subject Telephone** pursuant to the Warrant, and that this was returned along with the Warrant to the designated judge through a filing with the Clerk's Office.

9-28-20
DATE

Robert D. McCain, Special Agent
Drug Enforcement Administration